UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL HERNANDEZ,                                                  Civil No.  05-1409 DSD/AJB

    Plaintiff,

v.                                                                            O R D E R

Warden ANDERSON,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 22, 2005, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Docket No. 1), is DENIED; and

2. This action is summarily DISMISSED WITH PREJUDICE.


DATED:  August 8, 2005

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court